IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| JAMES M. BAKER, On behalf of himself and all others similarly situated, | Case No. 1:05-cv-00272-GMS |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, | |
| Defendants. | |

---

| | |
|---|---|
| ROCHELLE PHILLIPS, On behalf of herself and all others similarly situated, | Case No. 1:05-cv-00277-GMS |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| MBNA CORP., BRUCE L. HAMMONDS, and KENNETH . VECCHIONE, | |
| Defendants. | |

---

**(Additional Captions Set Forth Below)**

**MOTION OF ACTIVEST TO BE APPOINTED LEAD PLAINTIFF AND FOR
<u>APPROVAL OF ITS SELECTION OF LEAD COUNSEL</u>**

|  |  |
|---|---|
| ROBERT WILKINS, Individually and on behalf of all others similarly situated, : | Case No. 1:05-cv-00287-GMS |
| Plaintiff, : | CLASS ACTION |
| vs. : | |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, : | |
| Defendants. : | |
| LEONARD BRONSTEIN, On behalf of himself and all others similarly situated, : | Case No. 1:05-cv-00289-GMS |
| Plaintiff, : | CLASS ACTION |
| vs. : | |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, : | |
| Defendants. : | |

―――――――――――――――――――――――x
:
GREG PENN, On behalf of himself and all others :
similarly situated,                             :   Case No. 1:05-cv-00293-GMS
                                                :
               Plaintiff,                       :   <u>CLASS ACTION</u>
                                                :
       vs.                                      :
                                                :
MBNA CORP., BRUCE L. HAMMONDS,                  :
KENNETH A. VECCHIONE, RICHARD K.                :
STRUTHERS, and LANCE L. WEAVER,                 :
                                                :
               Defendants.                      :
                                                :
―――――――――――――――――――――――x
:
CLIFFORD W. JONES, On behalf of himself and    :
all others similarly situated,                  :   Case No. 1:05-cv-00316-GMS
                                                :
               Plaintiff,                       :   <u>CLASS ACTION</u>
                                                :
       vs.                                      :
                                                :
MBNA CORP., BRUCE L. HAMMONDS, and             :
KENNETH A. VECCHIONE,                           :
                                                :
               Defendants.                      :
                                                :
―――――――――――――――――――――――x
:
MICHAEL D. BLUM, On behalf of himself and      :
all others similarly situated,                  :   Case No. 1:05-cv-00372-GMS
                                                :
               Plaintiff,                       :   <u>CLASS ACTION</u>
                                                :
       vs.                                      :
                                                :
MBNA CORP., BRUCE L. HAMMONDS,                  :
KENNETH A. VECCHIONE, JOHN R.                   :
COCRAN, III, RICHARD K. STRUTHERS, and          :
LANCE L. WEAVER,                                :
                                                :
               Defendants.                      :
                                                :
―――――――――――――――――――――――x

```
―――――――――――――――――――――――――x
                                          :
THOMAS J. CUSSEN, On behalf of himself and :
all others similarly situated,            :   Case No. 1:05-cv-00389-GMS
                                          :
              Plaintiff,                  :   CLASS ACTION
                                          :
    vs.                                   :
                                          :
MBNA CORP., BRUCE L. HAMMONDS,            :
KENNETH A. VECCHIONE, RICHARD K.          :
STRUTHERS, CHARLES C. KRULAK, JOHN        :
R. COCRAN, III, MICHAEL G. RHODES,        :
LANCE L. WEAVER and JOHN W. SCHEFLEN,     :
                                          :
              Defendants.                 :
                                          :
―――――――――――――――――――――――――x
```

Class member Activest Investmentgesellschaft mbH for accounts of the PT-Master fund and Enerfonds, upon the accompanying declaration of Ralph Sianni, dated July 5, 2005, the accompanying memorandum of law in support, and upon all other papers and prior proceedings had herein, the undersigned hereby moves this Court, for an Order:

(1) Consolidating the above-captioned actions pursuant to Fed. R. Civ. P. 42(a)

(2) Pursuant to 15 U.S.C. § 78u-4(a), appointing movant Activest as Lead Plaintiff;

(3) and approving its selection of Milberg Weiss Bershad & Schulman LLP as Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

DATED: July 5, 2005                                                  Respectfully submitted,

                                                                 **MILBERG WEISS BERSHAD & SCHULMAN LLP**

                                                                 By /s/ Ralph N. Sianni
                                                                 Seth D. Rigrodsky, Esq. (#3147)
                                                                 Ralph Sianni, Esq. (#4151)
                                                                 919 N. Market Street, Suite 411
                                                                 Wilmington, Delaware 19801
                                                                 (302) 984-0597

                                                                        --and--

                                                                **MILBERG WEISS BERSHAD & SCHULMAN LLP**
                                                                Steven G. Schulman
                                                                Peter E. Seidman
                                                                Deborah M. Sturman
                                                                Andrei V. Rado
                                                                One Pennsylvania Plaza - 49th Floor
                                                                New York, NY 10119
                                                                (212) 594-5300
                                                                Fax: (212) 868-1229

                                                                **Proposed Lead Counsel**