# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFFORD W. JONES, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>MBNA CORP., BRUCE L. HAMMONDS, and KENNETH VECCHIONE,<br><br>      Defendants. | Case No. 05-316-GMS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 83.7 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Charles J. Piven, Esquire, of the Law Offices Of Charles J. Piven, P.A., hereby withdraws as one of counsel for plaintiff Clifford W. Jones in the above matter. This withdrawal will leave members of the Bar of this Court appearing as attorneys of record for Mr. Jones.

Date: July 11, 2005

Respectfully submitted,

MILBERG WEISS BERSHAD
& SCHULMAN LLP

_____
Seth D. Rigrodsky (#3147)
Ralph N. Sianni (#4151)
Brian D. Long (#4347)
919 N. Market Street, Suite 411
Wilmington, DE 19801
(302) 984-0597 (Tel)

*- and -*

Steven G. Schulman
**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**

Charles J. Piven
The World Trade Center-Baltimore,
401 East Pratt Street, Suite 2525,
Baltimore, Maryland 21202
(410) 986-0036

**SEEGER WEISS LLP**
Stephen A. Weiss
Eric T. Chaffin
Roopal Luhana
One William Street
New York, NY 10004
(212) 584-0700
(212) 584-0799 (fax)

*Attorneys for Plaintiff Clifford W. Jones*