UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFFORD W. JONES, On Behalf of Himself ) <br> and All Others Similarly Situated ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MBNA CORPORATION, et al. ) <br> ) <br> Defendants. ) | Civil Action No. 05-00316-GMS |

## ENTRY OF APPEARANCE

TO:   CLERK, UNITED STATES DISTRICT COURT
      WILMINGTON, DELAWARE

Please enter the appearance of undersigned counsel as attorneys for defendants.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Richard H. Morse_
Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com

Attorneys for Defendants

OF COUNSEL:

Richard C. Pepperman II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
Phone: 212-558-4000

DATED: August 23, 2005

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on August 23, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Ralph Nicholas Sianni, Esquire
> Milberg Weiss Bershard & Schulman LLP
> 919 North Market Street, Suite 411
> Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Richard H. Morse*

Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com

Attorneys for Defendants