IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

————————————————————x
:
JAMES M. BAKER, On behalf of himself and all : 
others similarly situated, : Case No. 1:05-cv-00272-GMS
:
                 Plaintiff, : <u>CLASS ACTION</u>
:
   vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, :
KENNETH A. VECCHIONE, RICHARD K. :
STRUTHERS, CHARLES C. KRULAK, JOHN :
R. COCHRAN, III, MICHAEL G. RHODES, :
LANCE L. WEAVER, and JOHN W. :
SCHEFLEN, :
:
                 Defendants. :
:
————————————————————x
:
ROCHELLE PHILLIPS, On behalf of herself and :
all others similarly situated, : Case No. 1:05-cv-00277-GMS
:
                 Plaintiff, : <u>CLASS ACTION</u>
:
   vs. :
:
MBNA CORP., BRUCE L. HAMMONDS, and :
KENNETH . VECCHIONE, :
:
                 Defendants. :
:
————————————————————x

**(Additional Captions Set Forth Below)**

**<u>NOTICE OF CHANGE OF FIRM ADDRESS</u>**

|  |  |
|---|---|
| ─────────────────────────────x : | |
| ROBERT WILKINS, Individually and on behalf of all others similarly situated, : : : | Case No. 1:05-cv-00287-GMS |
| Plaintiff, : : | CLASS ACTION |
| vs. : : | |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, : : : : : : : | |
| Defendants. : : | |
| ─────────────────────────────x : | |
| LEONARD BRONSTEIN, On behalf of himself and all others similarly situated, : : : | Case No. 1:05-cv-00289-GMS |
| Plaintiff, : : | CLASS ACTION |
| vs. : : | |
| MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, CHARLES C. KRULAK, JOHN R. COCHRAN, III, MICHAEL G. RHODES, LANCE L. WEAVER, and JOHN W. SCHEFLEN, : : : : : : : | |
| Defendants. : : | |
| ─────────────────────────────x | |

―――――――――――――――――――――――x
                                                                               :

GREG PENN, On behalf of himself and all others similarly situated,      :   Case No. 1:05-cv-00293-GMS

                    Plaintiff,      :   <u>CLASS ACTION</u>

    vs.      :

MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, and LANCE L. WEAVER,  :

                    Defendants.  :

―――――――――――――――――――――――x

CLIFFORD W. JONES, On behalf of himself and all others similarly situated,  :   Case No. 1:05-cv-00316-GMS

                    Plaintiff,    :   <u>CLASS ACTION</u>

    vs.      :

MBNA CORP., BRUCE L. HAMMONDS, and KENNETH A. VECCHIONE,  :

                    Defendants.  :

―――――――――――――――――――――――x

MICHAEL D. BLUM, On behalf of himself and all others similarly situated,  :   Case No. 1:05-cv-00372-GMS

                    Plaintiff,    :   <u>CLASS ACTION</u>

    vs.      :

MBNA CORP., BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, JOHN R. COCRAN, III, RICHARD K. STRUTHERS, and LANCE L. WEAVER,  :

                    Defendants.  :

―――――――――――――――――――――――x

```
─────────────────────────────────────x
                                     :
THOMAS J. CUSSEN, On behalf of himself and  :
all others similarly situated,       :    Case No. 1:05-cv-00389-GMS
                                     :
              Plaintiff,             :    CLASS ACTION
                                     :
     vs.                             :
                                     :
MBNA CORP., BRUCE L. HAMMONDS,       :
KENNETH A. VECCHIONE, RICHARD K.     :
STRUTHERS, CHARLES C. KRULAK, JOHN   :
R. COCRAN, III, MICHAEL G. RHODES,   :
LANCE L. WEAVER and JOHN W. SCHEFLEN, :
                                     :
              Defendants.            :
                                     :
                                     :
─────────────────────────────────────x
```

**PLEASE TAKE NOTICE** that effective immediately, Milberg Weiss Bershad & Schulman LLP has relocated its Delaware office to the following new address:

> **MILBERG WEISS BERSHAD & SCHULMAN LLP**
> 919 North Market Street
> Suite 980
> Wilmington, DE 19801
> Telephone: (302) 984-0597
> Facsimile: (302) 984-0870

Please note that all phone and fax numbers remain the same.

DATED: October 7, 2005                         Respectfully submitted,

                                          **MILBERG WEISS BERSHAD
                                           & SCHULMAN LLP**

                                          By: /s/ Ralph N. Sianni
                                          Seth D. Rigrodsky, Esq. (#3147)
                                          Ralph Sianni, Esq. (#4151)
                                          919 N. Market Street, Suite 980
                                          Wilmington, Delaware 19801
                                          (302) 984-0597

                                                  --and--

2

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Deborah M. Sturman
Andrei V. Rado
One Pennsylvania Plaza - 49th Floor
New York, NY  10119
(212) 594-5300

**Proposed Lead Counsel**

## CERTIFICATE OF SERVICE

I, Ralph N. Sianni, hereby certify that on this 7th day of October, 2005, I caused a true and correct copy of the foregoing **NOTICE OF CHANGE OF FIRM ADDRESS t**o be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

| Counsel for Plaintiffs | Counsel for Defendants |
|---|---|
| Joseph A. Rosenthal<br>Jeffrey S. Goddess<br>**ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.**<br>919 Market Street, Suite 1401<br>Wilmington, DE 19801<br>Tel.: (302) 656-4433<br>Email: rmgg@rmgglaw.com | Richard H. Morse<br>**YOUNG CONAWAY STARGATT & TAYLOR LLP**<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>Tel.: (302) 571-6651<br>E-mail: rmorse@ycst.com |

In addition, I also caused the foregoing document to be served by regular U.S. Mail to all parties listed on the attached service list.

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
MILBERG WEISS BERSHAD
  & SCHULMAN LLP
919 N. Market Street, Suite 980
Wilmington, DE 19801
(302) 984-0597
E-mail: rsianni@milbergweiss.com

## MBNA CORP.

### Service List

*Counsel for Plaintiffs:*

| | |
|---|---|
| Alfred G. Yates, Jr.<br>Gerald L. Rutledge<br>**LAW OFFICES OF ALFRED G. YATES, JR., P.C.**<br>519 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>Tel.: (412) 391-5164<br>Fax: (412) 471-1033 | William S. Lerach<br>Darren J. Robbins<br>Mary K. Blasy<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Tel.: (619) 231-1058<br>Fax: (619) 231-7423 |
| Karen H. Riebel<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Tel.: (612) 339-6900<br>Fax: (612) 339-0981 | Joshua M. Lifshitz<br>**BULL & LIFSHITZ, LLP**<br>18 East 41st Street<br>New York, NY 10017<br>Tel.: (212) 213-6222<br>Fax: (212) 213-9405 |
| Frank J. Johnson<br>**JOHNSON LAW FIRM, A P.C.**<br>402 West Broadway, 27th Floor<br>San Diego, CA 92101<br>Tel.: (619) 230-0063<br>Fax: (619) 230-1839 | Deborah R. Gross<br>Robert P. Frutkin<br>**LAW OFFICES OF BERNARD M. GROSS, P.C.**<br>Wannamaker Building, Suite 450<br>Juniper and Market Street<br>Philadelphia, PA 19107<br>Tel.: (215) 561-3600<br>Fax: (215) 561-3000 |
| Marc A. Topaz<br>Richard A. Maniskas<br>Tamara Skvirsky<br>**SCHIFFRIN & BARROWAY, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel.: (610) 667-7706<br>Fax: (610) 667-7056 | David R. Scott<br>Arthur L. Shingler, III<br>**SCOTT + SCOTT LLC**<br>Wells Fargo Building<br>401 B Street, Suite 307<br>San Diego, CA 92101<br>Tel.: (619) 233-4565<br>Fax: (619) 233-0508 |

- 3 -

James M. Orman
**JAMES M. ORMAN, ATTORNEY AT LAW**
1845 Walnut Street, 14th Floor
Philadelphia, PA 19103
Tel.: (215) 523-7800
Fax: (215) 523-9290

Lester L. Levy
Michael A. Schwartz
Caroline S. Curtis
**WOLF POPPER, LLP**
845 Third Avenue
New York, NY 10017
Tel.: (212) 759-4600
Fax: (212) 486-2093

Stephen A. Weiss
Eric T. Chaffin
Roopal Luhana
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799